## Yaisle *v.* Kelly, Appellant.

Argued April 25, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*Harry Lightstone,* with him *Lightstone and Frank,* for appellants.

*John G. Callender,* for appellees.

OPINION PER CURIAM, May 21, 1962:
Judgment affirmed.